WILLIAM L. FORD, Respondent, *v.* THE BINGHAMTON HYDRAULIC POWER COMPANY, Appellant.

(Argued April 14, 1890; decided April 29, 1890.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made November 26,

1889, which affirmed an order of Special Term, denying a motion to set aside a judgment against defendant.

*Mr. Conner* for appellant.

*George B. Curtiss* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.